# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MR. CARLOS A. MILLER,                :

    Plaintiff,                               :        Case No.  3:09cv00475

vs.                                                       :        District Judge Thomas M. Rose
                                                                                  Magistrate Judge Sharon L. Ovington

CASINO CONTROL COMMISSION,  :
et al.,
                                                    :

    Defendants.
                                                    :

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on January 28, 2010 (Doc. #4) is ADOPTED in full;

2.    Plaintiff's Complaint is DISMISSED;

3.    The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the reasons set forth in the Report and Recommendations, an appeal of this Decision and Entry would not be taken in good faith, and consequently, leave for

Plaintiff to appeal *in forma pauperis* is denied; and

4. The case is terminated on the docket of this Court.

February 17, 2010                                      *s/THOMAS M. ROSE*

                                                       _____
                                                       Thomas M. Rose
                                                       United States District Judge